```
 1  LOEB & LOEB LLP
    MICHAEL L. MALLOW (State Bar No. 188745)
 2  mmallow@loeb.com
    BENJAMIN R. KING (State Bar No. 205447)
 3  bking@loeb.com
    10100 Santa Monica Boulevard, Suite 2200
 4  Los Angeles, California 90067-4120
    Telephone:  310-282-2000
 5  Facsimile:  310-282-2200

 6  Attorneys for Plaintiff
    NATIONAL ARBITRATION
 7  FORUM, a Minnesota corporation
```

RECEIVED
06 APR -3 PM 3:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 1 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ARBITRATION FORUM, a Minnesota corporation,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICE OF THE DISTRICT ATTORNEY OF THE CITY AND COUNTY OF SAN FRANCISCO; and DOES 1 through 10,<br><br>    Defendant. | Case No. C 06-01812 MJJ<br><br>**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)** |

Loeb & Loeb
ted Liability Partnership
during Professional

LA1527509.1
2096061000?

Case No. C 06-01812 MJJ
NOTICE OF DISMISSAL PURSUANT

1. **PLEASE TAKE NOTICE THAT** Plaintiff, the National Arbitration Forum ("NAF"), hereby dismisses this action in its entirety against Defendants Office of the District Attorney of the City and County of San Francisco and Does 1 through 10, inclusive, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The dismissals noticed hereby are without prejudice.

Dated: April 3, 2006

LOEB & LOEB LLP
MICHAEL L. MALLOW
BENJAMIN R. KING

By: _____
Benjamin R. King
Attorneys for Plaintiff
NATIONAL ARBITRATION FORUM, a Minnesota corporation

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

4/12/2006
DATE

LA1527509.1
20869610001

Case No. C 06-01812 MJJ
NOTICE OF DISMISSAL PURSUANT